**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| SUMMIT SUN INVESTMENTS, LLC | Case No. 3:24-cv-00031 |
| Plaintiff, | Judge Michael J. Newman |
| | Magistrate Judge Caroline H. Gentry |
| v. | |
| MONTGOMERY COUNTY BOARD OF COMMISSIONERS | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | |

Now comes the Plaintiff, Summit Sun Investments, LLC, by and through counsel, and pursuant to Civ. R. 56(a), hereby respectfully moves the Court to enter summary judgment against Defendant Montgomery County Board of Commissioners. As more fully explained in the attached Memorandum, there are no genuine issues of material fact and Plaintiff is entitled to judgment as a matter of law. This Motion is supported by the attached memorandum filed contemporaneously herewith, transcripts of sworn testimony by Plaintiff and Defendant, and exhibits thereto.

Respectfully submitted,

*/s/ Zachary C. Schaengold*
Zachary C. Schaengold (0090953)
Michael A. Galasso (0072470)
Robbins, Kelly, Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, Ohio 45202
T: (513) 721-3330 | F: (513) 721-5001
zschaengold@rkpt.com
mgalasso@rkpt.com
**Counsel for Plaintiff and the Classes**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing MOTION FOR SUMMARY JUDGMENT was electronically filed on October 31, 2025, and notice of this filing was sent electronically to all ECF participants registered in this case at the email addresses registered with the Court.

/s/ *Zachary C. Schaengold*
Zachary C. Schaengold