IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| SUMMIT SUN INVESTMENTS, LLC, | : | CASE NO. 3:24-cv-00031 |
| Plaintiff, | : | (Judge Michael J. Newman) (Magistrate Judge Caroline H. Gentry) |
| vs. | : | |
| MONTGOMERY COUNTY BOARD OF COMMISSIONERS, | : | **JOINT MOTION FOR PROPOSED SUMMARY JUDGMENT AND CLASS CERTIFICATION BRIEFING SCHEDULE** |
| Defendant. | : | |

_____

Pursuant to Fed. R. Civ. P. 1 and 6(b), S.D. Ohio Civ. R. 7.2(a)(2) and 7.3(a), Standing Order Governing Civil Cases II(c), and the Court's inherent authority to manage its own docket, Plaintiff Summit Sun Investments, LLC ("Plaintiff") and Defendant Montgomery County Board of Commissioners ("Defendant") (collectively, the "Parties") propose the below briefing schedule for the following motions: (1) October 31, 2025 Plaintiff's Motion for Summary Judgment (Doc. No. 26), (2) October 31, 2025 Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Doc. No. 25), and (3) October 31, 2025 Defendant's Motion for Summary Judgment (Doc. No. 24) (collectively, "Summary Judgment and Class Certification Briefing"):

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **Deadline to Oppose**:<br>-Plaintiff's Motion for Summary Judgment (Doc No. 26)<br>-Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Doc. No. 25)<br>-Defendant's Motion for Summary Judgment (Doc. No. 24) | November 21, 2025 | December 19, 2025 |
| **Deadline to file Replies in Support of**:<br>-Plaintiff's Motion for Summary Judgment (Doc No. 26)<br>-Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Doc. No. 25)<br>-Defendant's Motion for Summary Judgment (Doc. No. 24) | December 5, 2025 | January 9, 2026 |

As demonstrated in the Memorandum in Support of this Joint Motion, which is incorporated by reference here, the proposed schedule for the Summary Judgment and Class Certification Briefing is not made for purposes of delay or in bad faith.  Rather, the requested schedule is sought to accommodate the schedules of counsel in light of the upcoming holiday season.  Moreover, the requested extensions will not impact any other deadlines in this case.

For these reasons, the Court should grant this Motion and order that the Parties complete Summary Judgment and Class Certification Briefing according to the deadlines set forth above.

A proposed Order granting this Motion is attached as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ Zachary C. Schaengold (by /s/ Morgan K. Napier per electronic consent on November 7, 2025)<br>Zachary C. Schaengold (0090953)<br>Michael A. Galasso (0072470)<br>ROBBINS, KELLY, PATTERSON & TUCKER, LPA<br>312 Elm Street, Suite 2200<br>Cincinnati, OH 45202<br>Telephone: (513) 721-3330<br>Fax: (513) 721-5001<br>Email: zschaengold@rkpt.com<br>    mgalasso@rkpt.com<br><br>*Counsel for Plaintiff Summit Sun Investments, LLC* | /s/ Erin E. Rhinehart<br>Erin E. Rhinehart (0078298)<br>    Trial Attorney<br>Morgan K. Napier (0099190)<br>FARUKI PLL<br>110 North Main Street, Suite 1600<br>Dayton, OH 45402<br>Telephone: (937) 227-3714<br>Fax: (937) 227-3717<br>Email: erhinehart@ficlaw.com<br>    mnapier@ficlaw.com<br><br>Collin B. Showe (0093805)<br>Ward C. Barrentine (0074366)<br>Assistant Prosecuting Attorney<br>301 West Third Street<br>P.O. Box 972<br>Dayton, OH 45422<br>Telephone: (937) 496-7797<br>Fax: (937) 225-4822<br>Email: showec@mcohio.org<br>    barrentinw@mcohio.org<br><br>*Counsel for Defendant Montgomery County, Ohio Board of County Commissioners* |

### MEMORANDUM IN SUPPORT OF JOINT MOTION FOR PROPOSED SUMMARY JUDGMENT AND CLASS CERTIFICATION BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 1 and 6(b), S.D. Ohio Civ. R. 7.2(a)(2) and 7.3(a), Standing Order Governing Civil Cases II(c), and the Court's inherent authority to manage its own docket, the Court should adopt the following briefing schedule for Plaintiff's Motion for Summary Judgment (Doc. No. 26), Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Doc. No. 25), and Defendant's Motion for Summary Judgment (Doc. No. 24) (collectively, "Summary Judgment and Certification Briefing").

The Federal Rules of Civil Procedure are to be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. While parties typically have twenty-one days to oppose a motion for summary judgment and motion to certify (and fourteen days to file replies), such deadlines may be modified before the expiration of the deadline, for good cause shown, and upon consent of all parties. Fed. R. Civ. P. 6(b); S.D. Ohio Civ. R. 7.2(a)(2); id. at 7.3(a) ("Prior to filing any motion for an extension of time, counsel shall consult with all parties … and solicit their consent to the extension. The motion shall affirmatively state that such consultation has occurred or was attempted in good faith and shall state whether the motion is unopposed."); Standing Order Governing Civil Cases V(b) (requiring oppositions to motions for summary judgment and any other motion to filed within twenty one days of the filing of the motion and requiring replies in support of motions for summary judgment and any other motion to be filed within fourteen days of the opposition).

Here, the Court should exercise its authority to manage its own docket and modify the Summary Judgment and Class Certification Briefing schedule because good cause exists to

do so.  First, the Parties are jointly seeking to modify the briefing schedule before the expiration of any deadlines as the oppositions in the Summary Judgment and Class Certification Briefing are not due until November 21, 2025.

Second, the proposed briefing schedule is not sought for purposes of delay or in bad faith.  Rather, the requested briefing schedule is sought to accommodate the schedules of counsel in light of the upcoming holidays.

Finally, the proposed briefing schedule will not impact any other deadlines in this case.  This matter is not yet set for trial; therefore, there are no pre-trial deadlines that will be impacted by modification of the Summary Judgment and Class Certification Briefing schedule.

For these reasons, the Court should grant this Motion and enter the following briefing schedule:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| **Deadline to Oppose**:<br>-Plaintiff's Motion for Summary Judgment (Doc No. 26)<br>-Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Doc. No. 25)<br>-Defendant's Motion for Summary Judgment (Doc. No. 24) | November 21, 2025 | December 19, 2025 |
| **Deadline to file Replies in Support of**:<br>-Plaintiff's Motion for Summary Judgment (Doc No. 26)<br>-Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Doc. No. 25)<br>-Defendant's Motion for Summary Judgment (Doc. No. 24) | December 5, 2025 | January 9, 2026 |

Respectfully submitted,

/s/ Zachary C. Schaengold (by /s/ Morgan K. Napier per electronic consent on November 7, 2025)
Zachary C. Schaengold (0090953)
Michael A. Galasso (0072470)
ROBBINS, KELLY, PATTERSON & TUCKER, LPA
312 Elm Street, Suite 2200
Cincinnati, OH  45202
Telephone:  (513) 721-3330
Fax:  (513) 721-5001
Email: zschaengold@rkpt.com
           mgalasso@rkpt.com

*Counsel for Plaintiff Summit Sun Investments, LLC*

/s/ Erin E. Rhinehart
Erin E. Rhinehart (0078298)
   Trial Attorney
Morgan K. Napier (0099190)
FARUKI PLL
110 North Main Street, Suite 1600
Dayton, OH  45402
Telephone:  (937) 227-3714
Fax:  (937) 227-3717
Email:  erhinehart@ficlaw.com
            mnapier@ficlaw.com

Collin B. Showe (0093805)
Ward C. Barrentine (0074366)
Assistant Prosecuting Attorney
301 West Third Street
P.O. Box 972
Dayton, OH 45422
Telephone:  (937) 496-7797
Fax:  (937) 225-4822
Email:  showec@mcohio.org
            barrentinw@mcohio.org

*Counsel for Defendant Montgomery County, Ohio Board of County Commissioners*

**CERTIFICATE OF SERVICE**

  I certify that on the 7th day of November, 2025, I electronically filed the foregoing Joint Motion for Proposed Summary Judgment and Class Certification Briefing Schedule with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have emailed a copy to the following counsel of record:

  Zachary C. Schaengold, Esq.
  Michael A. Galasso, Esq.
  ROBBINS, KELLY, PATTERSON & TUCKER
  312 Elm Street, Suite 2200
  Cincinnati, OH  45202
  zschaengold@rkpt.com
  mgalasso@rkpt.com

  *Counsel for Plaintiff*

               /s/ Erin E. Rhinehart
               Erin E. Rhinehart

4903-3612-5815.1