# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| SUMMIT SUN INVESTMENTS, LLC, | : | CASE NO. 3:24-cv-00031 |
| Plaintiff, | : | (Judge Michael J. Newman) (Magistrate Judge Caroline H. Gentry) |
| vs. | : | |
| MONTGOMERY COUNTY BOARD OF COMMISSIONERS, | : | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR PROPOSED SUMMARY JUDGMENT AND CLASS CERTIFICATION BRIEFING SCHEDULE** |
| Defendant. | : | |
| | : | |

Pursuant to Fed. R. Civ. P. 1 and 6(b), S.D. Ohio Civ. R. 7.2(a)(2) and 7.3(a), Standing Order Governing Civil Cases II(c), the Court's inherent authority to manage its own docket, and for the reasons stated in the Joint Motion for Proposed Summary Judgment and Class Certification Briefing Schedule ("Joint Motion"), the Joint Motion is **GRANTED**.

The briefing schedule for the (1) October 31, 2025 Plaintiff's Motion for Summary Judgment (Doc. No. 26), (2) October 31, 2025 Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Doc. No. 25), and (3) October 31, 2025 Defendant's Motion for Summary Judgment (Doc. No. 24) (collectively, "Summary Judgment and Class Certification Briefing") is as follows:

2

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Deadline to Oppose**:<br><br>-Plaintiff's Motion for Summary Judgment (Doc No. 26)<br>-Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Doc. No. 25)<br>-Defendant's Motion for Summary Judgment (Doc. No. 24) | November 21, 2025 | December 19, 2025 |
| **Deadline to file Replies in Support of**:<br><br>-Plaintiff's Motion for Summary Judgment (Doc No. 26)<br>-Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Doc. No. 25)<br>-Defendant's Motion for Summary Judgment (Doc. No. 24) | December 5, 2025 | January 9, 2026 |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

4903-3612-5815.1