UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUMMIT SUN INVESTMENTS, LLC,

     Plaintiff,                            Case No. 3:24-cv-31

vs.

MONTGOMERY COUNTY BOARD OF       District Judge Michael J. Newman
COMMISSIONERS,                      Magistrate Judge Caroline H. Gentry

     Defendant.

---

**CALENDAR ORDER RE:  CLASS CERTIFICATION**

---

       This case is before the Court upon the parties' proposed scheduling order (Doc. No. 47) for the pending motion for class certification (Doc. No. 25).  The Court **SETS** the deadlines and hearing date as follows:

| EVENT | DEADLINE |
|---|---|
| Parties to Exchange Proposed Joint Exhibits | May 29, 2026 |
| Parties to Exchange Proposed Stipulations of Fact | May 29, 2026 |
| Parties to Submit to the Court Joint Exhibits, Individual Exhibits (as necessary) and Joint and Individual (as necessary) Stipulations of Fact | June 3, 2026 |
| Hearing on Class Certification | June 10, 2026 at 9:30 A.M. |

       **IT IS SO ORDERED.**

   May 26, 2026                       s/Michael J. Newman
                                      Hon. Michael J. Newman
                                      United States District Judge