UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUMMIT SUN INVESTMENTS, LLC,

Plaintiff,

Case No. 3:24-cv-31

vs.

MONTGOMERY COUNTY BOARD OF COMMISSIONERS,

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendant.

---

**ORDER REFERRING THIS CASE TO MAGISTRATE JUDGE PETER B. SILVAIN, JR., IN HIS ROLE AS MEDIATION COORDINATOR, TO ASSIGN THIS CASE TO THE APPROPRIATE MAGISTRATE JUDGE FOR MEDIATION**

---

This is a civil class action case, premised on federal question jurisdiction, in which Plaintiff Summit Sun Investments, LLC, through counsel, seeks damages, declaratory and injunctive relief, attorneys' fees and costs, and unjust enrichment against Defendant Montgomery County Board of Commissioners for violation of the Fifth Amendment to the United States Constitution and Ohio law. *See* Doc. No. 1 at PageID 3, 13–19.

Rule 16.3(a)(1) of the Southern District of Ohio Civil Rules provides, "Upon request by any party or in its discretion and at such times during the progress of the case as appear appropriate, the Court may assign any civil case that is not exempted hereunder for one or more mediation conferences."[1]

[1] A case is exempt from a mediation conference when it is exempt from the initial disclosure requirements of Fed. R. Civ. P. 26(a)(1)(B). *See* S.D. Ohio Civ. R. 16.3(b). The instant case is not exempt from Rule 26(a)(1)(B)'s initial disclosure requirements and, as a result, it is not exempt from participating in the mediation conference(s) required by this Order. *See id*.

The instant case has progressed to the point where referral for a mediation conference is appropriate because it may assist the parties in reaching a just, speedy, and less expensive resolution of this case, *cf*. Fed. R. Civ. P. 1, especially when compared to litigating the case through trial, if warranted, and appeal, if pursued. Consequently, pursuant to 28 U.S.C. § 636(c) and S.D. Ohio Civ. R. 16.3(a)(1), this case is hereby **REFERRED** to Magistrate Judge Peter B. Silvain, Jr. as mediation coordinator, for the purpose of assigning this case for mediation. The Court **ORDERS** the parties to participate in good faith in the mediation conference(s). The date for the mediation conference(s) shall be arranged directly with the assigned Magistrate Judge.

**IT IS SO ORDERED.**

September 1, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge